United States District Court

for the _____ District of _____ MASSACHUSETTS

**FILED by _____ D.C.**
ELECTRONIC

**Feb 6, 2014**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# 14-20075-CR-MARTINEZ/GARBER

United States of America

v.

ROBERTO MENDEZ-HURTADO

}

Criminal No. _____

10-10122-RWZ

2014 JAN 17 P 3:07

U.S. DISTRICT COURT
DISTRICT OF MASS.

### Consent to Transfer of Case

### for Plea and Sentence

### (Under Rule 20)

I, _____ ROBERTO MENDEZ-HURTADO _____, defendant, have been informed that a indictment _____ (indictment,

*information, complaint)* is pending against me in the above designated cause. I wish to plead _____ guilty _____

*(guilty, nolo contendere)* to the offense charged, to consent to the disposition of the case in the _____ Southern _____

District of _____ Florida _____ in which I _____ am under arrest _____ *am under arrest, am held)* and to waive

trial in the above captioned District.

Dated: _____ December 4, 2013 _____ at _____ Miami _____

_____
*(Defendant)* Roberto Mendez-Hurtado

_____
*(Witness)*

_____
*(Counsel for Defendant)* Joaquin G. Perez, Esq.

Approved

CARMEN MILAGROS ORTIZ _Carmen M. Ortiz_
United States Attorney for the

_____
District of

Massachusetts

_Wifredo Noto?_
WIFREDO A. FERRER
United States Attorney for the

_____
District of

Southern

Florida (Miami Division)

FORM USA-153
SEP 82

# United States District Court
## District of Massachusetts (Boston)
## CRIMINAL DOCKET FOR CASE #: 1:10-cr-10122-RWZ-3

Case title: USA v. Sanchez-Torres et al           Date Filed: 04/14/2010
                                                  Date Terminated: 01/30/2014

Assigned to: Judge Rya W. Zobel

**Defendant (3)**

**Roberto Mendez-Hurtado**           represented by **Joaquin Perez**
*TERMINATED: 01/30/2014*                           6780 Coral Way
*also known as*                                    Miami, FL 33155
Carolo                                             305-261-4000
*TERMINATED: 01/30/2014*                           Fax: 305-662-4067
                                                   Email: jplaw1@bellsouth.net
                                                   *ATTORNEY TO BE NOTICED*
                                                   *Designation: Retained*

**Pending Counts**                   **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                **Disposition**

21:963 CONSPIRACY TO IMPORT
COCAINE                              transfer for plea & sentence
(1)

**Highest Offense Level (Terminated)**

Felony

**Complaints**                       **Disposition**

None

**Plaintiff**

**USA**                                 represented by  **Neil J. Gallagher , Jr.**
                                                        United States Attorney's Office
                                                        John Joseph Moakley U.S. Courthouse
                                                        1 Courthouse Way, Suite 9200
                                                        Boston, MA 02210
                                                        617-748-3397
                                                        Email: neil.gallagher@usdoj.gov
                                                        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/14/2010 | 1 | SEALED INDICTMENT as to Jorge Ivan Sanchez-Torres (1) count(s) 1, 2, 3, Lupe Alejandra Velez-Ramos (2) count(s) 1, 3, Roberto Mendez-Hurtado (3) count(s) 1, Nelson Eugenio Aristizabal-Martinez (4) count(s) 3. (Attachments: # 1 JS45)(Cummings, Mary) (Entered: 04/14/2010) |
| 04/14/2010 | 2 | MOTION to Seal Case and to be provided with Certified Copies of Warrants and Indictment as to Jorge Ivan Sanchez-Torres, Lupe Alejandra Velez-Ramos, Roberto Mendez-Hurtado, Nelson Eugenio Aristizabal-Martinez by USA. (Cummings, Mary) (Entered: 04/14/2010) |
| 04/14/2010 | | Magistrate Judge Robert B. Collings: ENDORSED ORDER entered granting 2 Motion to Seal Case as to Jorge Ivan Sanchez-Torres (1), Lupe Alejandra Velez-Ramos (2), Roberto Mendez-Hurtado (3), Nelson Eugenio Aristizabal-Martinez (4) (Certified copies of indictment and warrants provided to AUSA for extradition purposes.) (Cummings, Mary) (Entered: 04/14/2010) |
| 04/14/2010 | 3 | Arrest Warrants Issued by Magistrate Judge Robert B. Collings as to Jorge Ivan Sanchez-Torres, Lupe Alejandra Velez-Ramos, Roberto Mendez-Hurtado, Nelson Eugenio Aristizabal-Martinez. (Cummings, Mary) (Entered: 04/14/2010) |
| 04/14/2010 | | Judge Rya W. Zobel: ELECTRONIC ORDER entered. Order Referring Case to Magistrate Judge Robert B. Collings Reason for referral: Full Pretrial as to Jorge Ivan Sanchez-Torres, Lupe Alejandra Velez-Ramos, Roberto Mendez-Hurtado, Nelson Eugenio Aristizabal-Martinez (Cummings, Mary) (Entered: 04/14/2010) |
| 06/28/2010 | 4 | MOTION to Seal Document as to Jorge Ivan Sanchez-Torres, Lupe Alejandra Velez-Ramos, Roberto Mendez-Hurtado, Nelson Eugenio Aristizabal-Martinez by USA. (Johnson, Jay) (Entered: 06/29/2010) |
| 06/28/2010 | 5 | (Ex-Parte) MOTION Post Indictment Restraining Order as to Jorge Ivan Sanchez-Torres, Lupe Alejandra Velez-Ramos, Roberto Mendez-Hurtado, Nelson Eugenio Aristizabal-Martinez by USA. (Johnson, Jay) (Entered: 06/29/2010) |
| 06/28/2010 | 6 | MEMORANDUM in Support by USA as to Jorge Ivan Sanchez-Torres, Lupe Alejandra Velez-Ramos, Roberto Mendez-Hurtado, Nelson Eugenio Aristizabal-Martinez re 5 MOTION Post Indictment Restraining Order (Johnson, Jay) (Entered: 06/29/2010) |

| | | |
|---|---|---|
| 06/29/2010 | | Judge Rya W. Zobel: ENDORSED ORDER entered granting 4 Motion to Seal Document as to Jorge Ivan Sanchez-Torres (1), Lupe Alejandra Velez-Ramos (2), Roberto Mendez-Hurtado (3), Nelson Eugenio Aristizabal-Martinez (4) (Urso, Lisa) (Entered: 06/30/2010) |
| 06/29/2010 | 7 | Judge Rya W. Zobel: ORDER entered granting 5 Motion restraining order as to Jorge Ivan Sanchez-Torres (1), Lupe Alejandra Velez-Ramos (2), Roberto Mendez-Hurtado (3), Nelson Eugenio Aristizabal-Martinez (4) (Urso, Lisa) (Entered: 06/30/2010) |
| 07/21/2010 | 8 | MOTION to Seal as to Jorge Ivan Sanchez-Torres, Lupe Alejandra Velez-Ramos, Roberto Mendez-Hurtado, Nelson Eugenio Aristizabal-Martinez by USA. (Urso, Lisa) (Entered: 07/27/2010) |
| 07/21/2010 | 9 | EX PARTE MOTION to Vacate POST-INDICTMENT RESTRAINING ORDER as to Jorge Ivan Sanchez-Torres, Lupe Alejandra Velez-Ramos, Roberto Mendez-Hurtado, Nelson Eugenio Aristizabal-Martinez by USA. (Urso, Lisa) (Entered: 07/27/2010) |
| 07/26/2010 | | Judge Rya W. Zobel: ENDORSED ORDER entered granting 8 Motion to Seal as to Jorge Ivan Sanchez-Torres (1), Lupe Alejandra Velez-Ramos (2), Roberto Mendez-Hurtado (3), Nelson Eugenio Aristizabal-Martinez (4) (Urso, Lisa) (Entered: 07/27/2010) |
| 07/26/2010 | 11 | Judge Rya W. Zobel: ORDER entered granting 9 Motion to Vacate as to Jorge Ivan Sanchez-Torres (1), Lupe Alejandra Velez-Ramos (2), Roberto Mendez-Hurtado (3), Nelson Eugenio Aristizabal-Martinez (4) (Urso, Lisa) (Entered: 07/27/2010) |
| 07/27/2010 | 10 | NOTICE of "Account Closing" by Citibank re: Jorge Ivan Sanchez-Torres, Lupe Alejandra Velez-Ramos, Roberto Mendez-Hurtado, Nelson Eugenio Aristizabal-Martinez (Johnson, Jay) (Entered: 07/27/2010) |
| 02/11/2011 | 12 | MOTION to Unseal Case as to Jorge Ivan Sanchez-Torres, Lupe Alejandra Velez-Ramos, Roberto Mendez-Hurtado, Nelson Eugenio Aristizabal-Martinez. (Russo, Noreen) (Entered: 02/11/2011) |
| 02/11/2011 | | Magistrate Judge Robert B. Collings: ELECTRONIC ORDER entered granting 12 Motion to Unseal Case as to Jorge Ivan Sanchez-Torres (1), Lupe Alejandra Velez-Ramos (2), Roberto Mendez-Hurtado (3), Nelson Eugenio Aristizabal-Martinez (4) (Russo, Noreen) (Entered: 02/11/2011) |
| 05/17/2011 | | ELECTRONIC Clerk's Notes for proceedings held before Magistrate Judge Robert B. Collings: Interim Status Conference as to Jorge Ivan Sanchez-Torres, Lupe Alejandra Velez-Ramos, held on 5/17/2011. Gov't to turn outstanding discovery over by 5/25/11 to def'ts, Def'ts counsel will review discovery by 6/15/11 and file non-discovery motions by 6/30/11. Final Status Conference set for 7/12/11 @ 12:00 PM. Def's counsel will appear in person for Final Status Conference. (Attorneys present: Gallagher, Rhee & Feitel (by phone). )(Digital Recording: 15:25-15:31) (Russo, Noreen) (Entered: 05/17/2011) |
| 05/18/2011 | 30 | Magistrate Judge Robert B. Collings: ORDER entered. THIRD ORDER OF EXCLUDABLE DELAY as to Jorge Ivan Sanchez-Torres, Lupe Alejandra Velez-Ramos. Time excluded from 5/17/11 until 5/17/11. Time excluded from 6/18/11 until |

| | | |
|---|---|---|
| | | 6/30/11. (Russo, Noreen) (Russo, Noreen). (Entered: 05/18/2011) |
| 09/06/2011 | | ELECTRONIC NOTICE OF HEARING as to Jorge Ivan Sanchez-Torres, Lupe Alejandra Velez-Ramos, Roberto Mendez-Hurtado Rule 11 Hearing set for 9/13/2011 10:30 AM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 09/06/2011) |
| 02/15/2013 | 66 | NOTICE OF ATTORNEY APPEARANCE: Joaquin Perez appearing for Roberto Mendez-Hurtado. Type of Appearance: Retained. (Perez, Joaquin) (Entered: 02/15/2013) |
| 03/04/2013 | 67 | ELECTRONIC NOTICE OF HEARING as to Roberto Mendez-Hurtado; The Initial Appearance has been set for 3/5/2013 09:15 AM in Courtroom 24 before Ch. Magistrate Judge Leo T. Sorokin. (Simeone, Maria) (Entered: 03/04/2013) |
| 03/05/2013 | 68 | ELECTRONIC Clerk's Notes for proceedings held before Ch. Magistrate Judge Leo T. Sorokin:Initial Appearance/Arraignment as to Roberto Mendez-Hurtado (3) Count 1 held on 3/5/2013; Court goes over charges and rights with deft; deft appears with retained counsel, Atty Perez; Govt states max penalties and moves for detention under 18:3142(F)(1)(B),(C), (F)(2)(A). Deft will voluntarily consent to detention without prejudice; Court arraigns the deft; deft enters a plea of not guilty on all counts; Counsel opt into automatic discovery; auto disc has been produced by the govt; defense auto disc due 4/5/13; The Initial Status Conference has been tentatively set subject to their availability for 4/18/2013 03:00 PM in Courtroom 23 before Magistrate Judge Robert B. Collings. Counsel agree to exclude time 3/5/13-4/18/13 for investigative and discovery purposes. Court Reporter Name and Contact or digital recording information: Digital Recording - for transcripts or CDs contact Deborah Scalfani (deborah_scalfani@mad.uscourts.gov). Interpreter name: Gabriel Hadad, Language: Spanish. (Simeone, Maria) (Entered: 03/05/2013) |
| 03/05/2013 | 69 | Ch. Magistrate Judge Leo T. Sorokin: ORDER entered. ORDER OF VOLUNTARY DETENTION with out prejudice as to Roberto Mendez-Hurtado (Simeone, Maria) (Entered: 03/05/2013) |
| 03/05/2013 | 70 | Ch. Magistrate Judge Leo T. Sorokin: ORDER ON EXCLUDABLE DELAY as to Roberto Mendez-Hurtado. Time excluded from 3/5/13 until 4/18/13. Reason for entry of order on excludable delay: 18 USC 3161(h)(7)(A) Interests of justice. (Simeone, Maria) (Entered: 03/05/2013) |
| 03/13/2013 | 71 | Arrest Warrant Returned Executed on 3/4/2013 as to Roberto Mendez-Hurtado. (Johnson, Jay) (Entered: 03/14/2013) |
| 03/22/2013 | 72 | ELECTRONIC NOTICE OF RESCHEDULING as to Roberto Mendez-Hurtado: Initial Status Conference set for 4/23/2013 @ 02:15 PM in Courtroom 23 before Magistrate Judge Robert B. Collings. Att. Perez may participate by telephone. Please advise the clerk by e-mail, Noreen_Russo@mad.uscourts.gov, of the landline telephone number where counsel may be reached at the time of the hearing. (Russo, Noreen) (Entered: 03/22/2013) |
| 04/23/2013 | 74 | STATUS REPORT *(Proposed by Govt)* by USA as to Roberto Mendez-Hurtado (Gallagher, Neil) (Entered: 04/23/2013) |

| | | |
|---|---|---|
| 04/23/2013 | 75 | ELECTRONIC Clerk's Notes for proceedings held before Magistrate Judge Robert B. Collings: Initial Status Conference as to Roberto Mendez-Hurtado held on 4/23/2013. Automatic disclosures are complete. There could be a Rule 20 in this matter. No additional discovery will be requested in the Massachusetts case. There is some outstanding in other cases. No protective orders will be required in this case. Non-discovery motions are due 7/2/13. Expert reports due 30 days before trial by the Gov't; 15 for the def't. Final Status Conference set 7/11/13 @ 3:15 PM. Attorney Perez may participate by telephone. (Attorneys present: Gallagher (Perez - by telephone) )Court Reporter Name and Contact or digital recording information: Digital Recording - for transcripts or CDs contact Deborah Scalfani (deborah_scalfani@mad.uscourts.gov). (Russo, Noreen) (Entered: 04/23/2013) |
| 05/02/2013 | 77 | Magistrate Judge Robert B. Collings: ORDER entered. SECOND ORDER OF EXCLUDABLE DELAY as to Roberto Mendez-Hurtado. Time excluded from 4/23/13 until 4/23/13. Reason for entry of order on excludable delay: 18 USC 3161(h)(1) Miscellaneous proceedings. Time excluded from 4/24/13 until 7/2/13. Reason for entry of order on excludable delay: 18 USC 3161(h)(7)(A) Interests of justice. (Russo, Noreen) (Entered: 05/02/2013) |
| 05/02/2013 | 78 | Magistrate Judge Robert B. Collings: ORDER entered. REPORT AND ORDER on Initial Status Conference as to Roberto Mendez-Hurtado Final Status Conference set for 7/11/2013 @ 03:15 PM in Courtroom 23 before Magistrate Judge Robert B. Collings. (Russo, Noreen) (Entered: 05/02/2013) |
| 06/12/2013 | 79 | ELECTRONIC NOTICE OF RESCHEDULING as to Roberto Mendez-Hurtado Final Status Conference re-set for 7/16/2013 @ 03:15 PM in Courtroom 23 before Magistrate Judge Robert B. Collings. Attorney Perez may participate by telephone. (Russo, Noreen) (Entered: 06/12/2013) |
| 06/13/2013 | 80 | ELECTRONIC NOTICE OF RESCHEDULING as to Roberto Mendez-Hurtado: Final Status Conference re-set for 7/18/2013 02:45 PM in Courtroom 23 before Magistrate Judge Robert B. Collings. Attorney Perez may participate by telephone. (Russo, Noreen) (Entered: 06/13/2013) |
| 07/17/2013 | 81 | Magistrate Judge Robert B. Collings: ELECTRONIC ORDER FOR FINAL STATUS CONFERENCE (L.R. 116.5(c)) entered as to as to Roberto Mendez-Hurtado. A Final Status Conference is set for 7/18/13 @ 2:45 PM in Courtroom 23. Pursuant to Local Rule 116.5(c), counsel for the defendant shall confer with the Assistant U.S. Attorney and file a joint memorandum addressing all of the issues listed in Local Rule 116.5(b)(1) through (9) and 116.5(c)(1) through (3) and any other issue relevant to the progress of the case. If counsel files a statement to the effect that his client will offer a change of plea to the charge(s) contained in the Indictment, the conference shall be canceled.(Russo, Noreen) (Entered: 07/17/2013) |
| 07/18/2013 | 82 | ELECTRONIC Clerk's Notes for proceedings held before Magistrate Judge Robert B. Collings: Final Status Conference as to Roberto Mendez-Hurtado held on 7/18/2013. The parties note that the case is expected to resolve via plea but they cannot report that to the court just yet. Attorney Perez requests more time to work on the plea but the court indicates that is a decison for Judge Zobel. The parties indicate that automatic discovery is complete. No additional discovery requests will be made. No motions are |

|  |  |  |
|---|---|---|
|  |  | expected. Insanity, alibi or public authority will not be defenses, case would take two weeks if tried. It is expected that the Florida and PR cases may be transferred to the District of Massachusetts in a Rule 20 but the parties continue to work to complete the process. The court will send the case to Judge Zobel. (Attorneys present: Gallagher, Perez (by telephone). )Court Reporter Name and Contact or digital recording information: Digital Recording - for transcripts/CDs contact Deborah Scalfani (deborah_scalfani@mad.uscourts.gov). (Russo, Noreen) (Entered: 07/18/2013) |
| 07/19/2013 | 83 | Magistrate Judge Robert B. Collings: ORDER entered. THIRD ORDER OF EXCLUDABLE DELAY as to Roberto Mendez-Hurtado. Time excluded from 7/3/13 until 7/17/13. Reason for entry of order on excludable delay: 18 USC 3161(h)(7)(A) Interests of justice. Time excluded from 7/18/13 until 7/18/13. Reason for entry of order on excludable delay: 18 USC 3161(h)(1) Miscellaneous proceedings. (Russo, Noreen) (Entered: 07/19/2013) |
| 07/19/2013 | 84 | Magistrate Judge Robert B. Collings: ORDER entered. REPORT AND ORDER on Final Status Conference as to Roberto Mendez-Hurtado (Russo, Noreen) (Entered: 07/19/2013) |
| 07/19/2013 | 85 | Case as to Roberto Mendez-Hurtado no longer referred to Magistrate Judge Robert B. Collings. (Russo, Noreen) (Entered: 07/19/2013) |
| 10/07/2013 | 91 | ELECTRONIC NOTICE OF HEARING as to Roberto Mendez-Hurtado Rule 11 Hearing set for 10/15/2013 09:30 AM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 10/07/2013) |
| 10/15/2013 | 92 | NOTICE by Roberto Mendez-Hurtado re 91 Notice of CANCELING Hearing (Urso, Lisa) (Entered: 10/15/2013) |
| 01/27/2014 | 100 | Assented to MOTION to Transfer Case to SDFL at Miami. as to Roberto Mendez-Hurtado by USA. (Attachments: # 1 Exhibit A: Form-153)(Gallagher, Neil) (Entered: 01/27/2014) |
| 01/29/2014 | 101 | Judge Rya W. Zobel: ENDORSED ORDER entered Affirming 84 Report and Order on Final Status Conference by Magistrate Judge as to Roberto Mendez-Hurtado (3); granting 100 Motion to Transfer Case as to Roberto Mendez-Hurtado (3) (Urso, Lisa) (Entered: 01/30/2014) |
| 01/30/2014 | 102 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to Southern District of Florida Counts closed as to Roberto Mendez-Hurtado (3) Count 1. (Urso, Lisa) (Urso, Lisa). (Entered: 01/30/2014) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 02/06/2014 10:14:33 | | |
| PACER Login: | dq0231 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:10-cr-10122-RWZ |
| Billable Pages: | 4 | Cost: | 0.40 |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1.0 CR 10.1.2.2 RWZ

UNITED STATES OF AMERICA           )
                                   )    Criminal No.
                    v.             )
                                   )
                                   )
1. JORGE IVAN SANCHEZ-TORRES,      )    21 U.S.C. §§ 963, 952, 959(a)
      a.k.a. "Machete,"            )    and 960(b)(1)(B) - Conspiracy
      a.k.a. "Jota,"               )    To Import and Distribute and
2. LUPE ALEJANDRA VELEZ-RAMOS,     )    Manufacture for Unlawful
      a.k.a. Lupe Werleman,        )    Importation Five Kilograms or
3. ROBERTO MENDEZ-HURTADO,         )    More of Cocaine
      a.k.a. "Carolo, and         )
4. NELSON EUGENIO                   )    21 U.S.C. §§ 959(a) and
   ARISTIZABAL-MARTINEZ,            )    960(b)(1)(B) - Distribution
      a.k.a. "1-2-3,"              )    for Unlawful Importation of
                                   )    Five Kilograms or More of
              Defendants.          )    Cocaine
                                   )
                                   )    18 U.S.C. §1956(h) -
                                   )    Conspiracy to Launder
                                   )    Monetary Instruments
                                   )
                                   )    18 U.S.C. §2 - Aiding and
                                   )    Abetting
                                   )
                                   )    21 U.S.C. §§853 and 970 -
                                   )    Drug Asset Forfeiture
                                   )    Allegation
                                   )
                                   )    18 U.S.C. §982(a)(1) - Money
                                   )    Laundering Asset Forfeiture
                                   )    Allegation

INDICTMENT

COUNT ONE:      (Title 21, United States Code, Section 963
                - Conspiracy to Import Cocaine and to Distribute
                and Manufacture Cocaine for Unlawful Importation)

The Grand Jury charges that:

     From an unknown date but at least from in or about June,

2008, and continuing up to and including the date of the filing

2

of this Indictment, in the District of Massachusetts, the
District of Puerto Rico, the Southern District of Florida, the
Dominican Republic, Colombia, Venezuela, Tortola, Aruba and
elsewhere,

> 1. **JORGE IVAN SANCHEZ-TORRES,**
>    **a.k.a. "Machete,"**
> 2. **LUPE ALEJANDRA VELEZ-RAMOS,**
>    **a.k.a. Lupe Werleman, and**
> 3. **ROBERTO MENDEZ-HURTADO,**
>    **a.k.a. "Carolo,"**

defendants herein, did knowingly and intentionally combine,
conspire, confederate, and agree with each other and with other
persons, known and unknown to the Grand Jury, to commit the
following offenses against the United States: (1) To unlawfully,
knowingly and intentionally import cocaine, a Scheduled II
controlled substance, into the United States from a place outside
thereof, namely, Colombia, Venezuela, and the Dominican Republic,
in violation of Title 21, United States Code, Sections 952 and
960, and (2) To manufacture and distribute cocaine, a Schedule II
controlled substance, intending and knowing that such substance
would be unlawfully imported into the United States, in violation
of Title 21, United States Code, Sections 959 and 960.

3

It is further alleged that the conspiracy described herein involved at least five kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.  Accordingly, Title 21, United States Code, Section 960(b)(1)(B)(ii) applies to this count.

All in violation of Title 21, United States Code, Section 963.

4

COUNT TWO:          (Title 21, United States Code, Section 959(a) -
                    Distribution of Five Kilograms or More of Cocaine
                    for Unlawful Importation; Title 18, United States
                    Code, Section 2 - Aiding and Abetting)

The Grand Jury Further Charges That:

On or about March 10, 2010, in Aruba, Colombia, and elsewhere outside the United States but within the extraterritorial jurisdiction of the United States and the District of Massachusetts,

### 1. JORGE IVAN SANCHEZ-TORRES, a.k.a. "Machete,"

defendant herein, did knowingly and intentionally distribute and cause the distribution of cocaine, a Schedule II controlled substance, intending and knowing that such substance would be unlawfully imported into the United States.

It is further alleged that the offense described herein involved at least five kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 960(b)(1)(B)(ii) applies to this count.

All in violation of Title 21, United States Code, Section 959(a), and Title 18, United States Code, Section 2.

5

COUNT THREE:     (Title 18, United States Code, Section 1956(h)
                 - Conspiracy to Launder Monetary Instruments)

The Grand Jury Further Charges That:

From in or about June, 2008, and continuing up to and

including the date of the filing of this Indictment, in the

District of Massachusetts, the District of Puerto Rico, the

Southern District of Florida, the Dominican Republic, Colombia,

Venezuela, Aruba and elsewhere,

> 1. JORGE IVAN SANCHEZ-TORRES,
>    a.k.a. "Machete,"
> 2. LUPE ALEJANDRA VELEZ-RAMOS,
>    a.k.a. Lupe Werleman, and
> 4. NELSON EUGENIO ARISTIZABAL-MARTINEZ,
>    a.k.a. "1-2-3,"

defendants herein, did knowingly and intentionally combine,

conspire, confederate, and agree with each other and others known

and unknown to the Grand Jury:

(a) to conduct and attempt to conduct financial transactions

affecting interstate and foreign commerce, which financial

transactions in fact involved the proceeds of a specified

unlawful activity, that is, the unlawful importation of cocaine,

a Schedule II controlled substance, into the United States from a

place outside thereof, in violation of 21 U.S.C. §952, knowing

that the property involved in the financial transactions

represented the proceeds of some form of unlawful activity, and

knowing that the transactions were designed, in whole and in

part, to conceal and disguise the nature, location, source,

6

ownership, and control of the proceeds of specified unlawful activity, in violation of 18 U.S.C. § 1956(a)(1)(B)(i); and

(b) within the United States, to knowingly engage and attempt to engage in monetary transactions in criminally derived property of a value greater than $10,000 which was derived from specified unlawful activity, that is, the unlawful importation of cocaine, a Schedule II controlled substance, into the United States, in violation of 21 U.S.C. §952, in violation of 18 U.S.C. § 1957(a).

All in violation of Title 18, United States Code, Section 1956(h).

7

## DRUG FORFEITURE ALLEGATION

### (21 U.S.C. §§953 and 970 -- Criminal Forfeiture)

The Grand Jury further charges that:

1.  Upon conviction of any offense alleged in Count One or Two of this Indictment,

> 1. JORGE IVAN SANCHEZ-TORRES,
>    a.k.a. "Machete,"
> 2. LUPE ALEJANDRA VELEZ-RAMOS,
>    a.k.a. Lupe Werleman, and
> 3. ROBERTO MENDEZ-HURTADO,
>    a.k.a. "Carolo,"

defendants herein, shall forfeit to the United States, pursuant to 21 U.S.C. §§853 and 970: (1) any and all property constituting, or derived from, any proceeds the said defendant obtained directly or indirectly as a result of the charged offenses; and (2) any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offense. The property to be forfeited includes, but is not limited to, the following:

> (a) Any and all funds up to $50,000 contained in Intercontinental Bank Account Number 1126601 held in the name of Oscar S. Rodriguez.

2.  If any of the above-described forfeitable properties, as a result of any act or omission of the defendant:

a.  cannot be located upon the exercise of due diligence;

b.  have been transferred or sold to, or deposited with, a

8

                third party;

c.    have been placed beyond the jurisdiction of the Court;

d.    have been substantially diminished in value; or

e.    have been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. §853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable properties.

All in accordance with Title 21, United States Code, Sections 853 and 970 and Rule 32.2(a), Federal Rules of Criminal Procedure.

9

## MONEY LAUNDERING FORFEITURE ALLEGATIONS

### (18 U.S.C. §982(a)(1))

The Grand Jury further charges that:

1.    Upon conviction of the offense alleged in Count Three of the Indictment,

       1.    JORGE IVAN SANCHEZ-TORRES,
             a.k.a. "Machette,"
       2.    LUPE ALEJANDRA VELEZ-RAMOS,
             a.k.a. Lupe Werleman, and
       4.    NELSON EUGENIO ARISTIZABAL-MARTINEZ,
             a.k.a. "1-2-3"

defendants herein, shall forfeit to the United States any property, real or personal, involved in the offense in violation of 18 U.S.C. §1956(h), for which that defendant is convicted, and all property traceable to such property.  The property to be forfeited includes, but is not limited to, the following:

    (a)  A sum of money equal to the total amount of money involved in the offense in violation of 18 U.S.C. §1956(h)(1);

    (b)  Any and all funds contained in Bank of America Account Number 000203606906 held in the name of Marpex Buying Services Inc.;

    (c)  Any and all funds contained in Bank of America Account Number 003770051991 held in the name of Marpex Buying Services Inc.;

    (d)  Any and all funds up to $50,000 contained in

10

Intercontinental Bank Account Number 1126601 held in the name of Oscar S. Rodriguez;

(e) Any and all funds contained in Bank of America Account Number 0181661736 held in the name of Santiago Baranchuk;

(f) Any and all funds contained in Citibank Account Number 3109702303 held in the name of Juan Pablo Londoño; and

(g) Any and all funds contained in Regions Bank Account Number 6001303610 held in the name of Joya Industries Inc.

2.  If any of the property described in paragraph 1 above, as a result of any act or omission of the defendants,

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to 18 U.S.C. § 982(b)(1), incorporating 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1.

11

All pursuant to 18 U.S.C. § 982.


A TRUE BILL

FOREPERSON OF THE GRAND JURY

Neil J. Gallagher, Jr.
Assistant United States Attorney


DISTRICT OF MASSACHUSETTS; April 14, 2010

Returned into the District Court by the Grand Jurors and

filed.

DEPUTY CLERK

@ 12:56 P.M.

JS 45 (5/97) - (Revised USAO MA 3/25/02)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**  Boston          **Category No.**  I          **Investigating Agency**  DEA

**City**  Boston                    **Related Case Information:**

**County**  Suffolk                 Superseding Ind. Inf.  Case No.
                                    Same Defendant          New Defendant
                                    Magistrate Judge Case Number
                                    Search Warrant Case Number
                                    R 20/R 40 from District of

10 CR 10132 RWZ

### Defendant Information:

**Defendant Name**  JORGE IVAN SANCHEZ-TORRES          Juvenile   ☐ Yes   ☒ No

**Alias Name**  Machete

**Address**  Aruba

**Birth date** (Year only):  1965   **SSN** (last 4 #):  _____   **Sex** _M_ **Race:**  Hisp          **Nationality:**  Colombia

**Defense Counsel if known:**  _____          **Address:**  _____

**Bar Number:**  _____

### U.S. Attorney Information:

**AUSA**  Neil Gallagher          **Bar Number if applicable**  _____

**Interpreter:**  ☒ Yes  ☐ No          **List language and/or dialect:**  Spanish

**Victims:**  ☐ Yes  ☒ No     If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:**  ☒ Yes  ☐ No

          ☒ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:**  _____

☐ Already in Federal Custody as  _____ in  _____ .
☐ Already in State Custody  _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by  _____  on  _____

**Charging Document:**  ☐ Complaint          ☐ Information          ☒ Indictment

**Total # of Counts:**  ☐ Petty  _____  ☐ Misdemeanor  _____  ☒ Felony  3

**Continue on Page 2 for Entry of U.S.C. Citations**

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.

**Date:**  4/12/10          **Signature of AUSA:**  _____

JS 45 (5/97) - (Revised USAO MA 11/15/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   JORGE IVAN SANCHEZ TORRES _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 963 | Conspiracy to Import Cocaine | 1 |
| Set 2 | 21 USC 959 | Distribution of Cocaine for Unlawful Import | 2 |
| Set 3 | 18 USC 1956(h) | Conspiracy to Launder Monetary Instruments | 3 |
| Set 4 | 18 USC 2 | Aiding and Abetting | 2 |
| Set 5 | 21 USC 853 | Drug Forfeiture Allegation | |
| Set 6 | 18 USC 982 | Money Laundering Asset Forfeiture Allegation | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

## Criminal Case Cover Sheet          U.S. District Court - District of Massachusetts

**Place of Offense:** Boston          **Category No.** I          **Investigating Agency** DEA

**City** Boston          **Related Case Information:**

**County** Suffolk          Superseding Ind./ Inf. _____          Case No. _____
Same Defendant _____          New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

### Defendant Information:

Defendant Name   LUPE ALEJANDRA VELEZ-RAMOS          Juvenile   ☐ Yes   ☒ No

Alias Name   Lupe Werleman

Address   Aruba

Birth date (Year only): 1970   SSN (last 4 #): _____   Sex F   Race: Hisp          Nationality: Netherlands

**Defense Counsel if known:** _____          Address: _____

**Bar Number:** _____

### U.S. Attorney Information:

**AUSA** Neil Gallagher          **Bar Number if applicable** _____

**Interpreter:** ☒ Yes ☐ No          List language and/or dialect: Spanish

**Victims:** ☐ Yes ☒ No          If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☒ Yes ☐ No

☒ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:** 4/12/10          **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 11/15/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   LUPE ALEJANDRA VELEZ-RAMOS _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 963 | Conspiracy to Import Cocaine | 1 |
| Set 2   18 USC 1956(h) | Conspiracy to Launder Monetary Instruments | 3 |
| Set 3   21 USC 853 | Drug Forfeiture Allegation | |
| Set 4   18 USC 982 | Money Laundering Asset Forfeiture Allegation | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - Revised USAO MA 3 Mar 3/05

## Criminal Case Cover Sheet
## U.S. District Court - District of Massachusetts

**Place of Offense:** Boston _____ **Category No.** I _____ **Investigating Agency** DEA _____

**City** Boston _____

**County** Suffolk _____

**Related Case Information:**

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

### Defendant Information:

**Defendant Name** ROBERTO MENDEZ-HURTADO _____ Juvenile ☐ Yes ☒ No

**Alias Name** Carolo _____

**Address** Torotalla and Antigua _____

**Birth date (Year only):** unk **SSN (last 4 #):** _____ **Sex** M **Race:** Hisp _____ **Nationality:** Colombia

**Defense Counsel if known:** _____ **Address:** _____

**Bar Number:** _____

### U.S. Attorney Information:

**AUSA** Neil Gallagher _____ **Bar Number if applicable** _____

**Interpreter:** ☒ Yes ☐ No **List language and/or dialect:** Spanish

**Victims:** ☐ Yes ☒ No **If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2)** ☐ Yes ☐ No

**Matter to be SEALED:** ☒ Yes ☐ No

☒ Warrant Requested ☐ Regular Process ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 4/12/10 **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 11/15/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   ROBERTO MENDEZ-HURTADO _____

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 963 | Conspiracy to Import Cocaine | 1 |
| Set 2  21 USC 853 | Drug Forfeiture Allegation | |
| Set 3  18 USC 982 | Money Laundering Asset Forfeiture Allegation | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - Revised USAO MA 3/13/05

## Criminal Case Cover Sheet

**U.S. District Court - District of Massachusetts**

**Place of Offense:** Boston          **Category No.** 1          **Investigating Agency** DEA

**City** Boston          **Related Case Information:**

**County** Suffolk

| | | | |
|---|---|---|---|
| Superseding Ind./ Inf. | | Case No. | |
| Same Defendant | | New Defendant | |
| Magistrate Judge Case Number | | | |
| Search Warrant Case Number | | | |
| R 20/R 40 from District of | | | |

### Defendant Information:

**Defendant Name** NELSON E. ARISTIZABAL-MARTINEZ          Juvenile ☐ Yes ☒ No

**Alias Name** 1-2-3

**Address** Colombia

**Birth date (Year only):** 1965  **SSN (last 4** _____  **Se** M **Race:** Hisp  **Nationality** Colombia

**Defense Counsel if** _____  **Address:** _____

**Bar Number:** _____

### U.S. Attorney Information:

**AUSA** Neil Gallagher          **Bar Number if** _____

**Interpreter:** ☒ Yes ☐ No          **List language and/or dialect:** Spanish

**Victims:** ☐ Yes ☒ N    **If Yes, are there multiple crime victims under 18 U.S.C.** ☐ Yes ☐ No

**Matter to be SEALED:** ☒ Yes ☐ No

☒ **Warrant Requested**          ☐ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody** _____ **in** _____ .
☐ **Already in State** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial**    **Ordered** _____ **on** _____

**Charging Document:** ☐ Complaint ☐ Information ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeano _____ ☒ Felony 1

### Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date** 4/12/10          **Signature of** _____

JS 45  (5/97) - (Revised USAO MA 11/15/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   NELSON E. ARISTIZABAL-MARTINEZ _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 1956(h) | Conspiracy to Launder Monetary Instruments | 3 |
| Set 2 | 18 USC 982 | Money Laundering Asset Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**