UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. **14-20075-CR-MARTINEZ**

**UNITED STATES OF AMERICA**

vs.

**ROBERTO MENDEZ-HURTADO,**

              **Defendant.**
_____/

## MOTION TO CONSOLIDATE CASES

NOW COMES, the United States by and through the undersigned Assistant United States Attorney and moves this court to transfer case number 14-20075-CR-MARTINEZ, and consolidate it with case number 11-20478-CR-COOKE.

The defendant Roberto Mendez-Hurtado operated a cocaine transportation organization that transported cocaine from Venezuela to ports in the Caribbean and Central America for delivery in the United States. Roberto Mendez-Hurtado was indicted in three different United States District courts as follows:

1) Case number 10-10122-CR-RWZ, was returned in the District of Massachusetts on April 14, 2010. That case was transferred, pursuant to Rule 20 of the Federal Rules of Criminal Procedure, to Miami on February 6, 2014 and now bears case number 14-20075-CR-MARTINEZ.

2) Case number 10-115-CR-ADC, was returned in the District of Puerto Rico on April 13, 2010. That case was transferred, pursuant to Rule 20 of the Federal Rules of Criminal Procedure, to Miami on January 24, 2014 and now bears case number 14-20042-CR-MOORE.

.

1

3) Case number 11-20478-CR-COOKE in the Southern District of Florida on July 15, 2011. Roberto Mendez-Hurtado plead guilty to count 1 of that indictment on November 20, 2013, and is currently pending sentencing before Judge Cooke in this District.

4) The undersigned Assistant United States Attorney has discussed all three of the above matters with Roberto Mendez-Hurtado's attorney, Joaquin Perez, and all parties are in agreement that sentencing for all three offenses should be done at one time in the interest of judicial economy and sentencing equity.

5) A pre-sentence report has been done in case number 11-20478-CR-COOKE. A plea agreement between the United States and Roberto Mendez-Hurtado has been signed by all parties and the United States has agreed to recommend to the court that the sentence in all three cases run concurrently. The plea agreement between parties specifies a sentencing guideline score of 41 or 324 to 405 months. That is twenty seven to thirty three years in prison.

Wherefore, the United States moves to transfer case number 14-20075-CR-MARTINEZ, and consolidate it with case number 11-20478-CR-COOKE for sentencing.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: /s/ Richard G. Gregorie
RICHARD D. GREGORIE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 549495
99 N.E. 4th Street, 7th Floor
Miami, Florida 33132
Telephone Number: (305) 961-9148
Facsimile: (305) 536-7213

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 10, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ Richard D. Gregorie
RICHARD D. GREGORIE
ASSISTANT UNITED STATES ATTORNEY