UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **14-20075-CR-MARTINEZ**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROBERTO MENDEZ-HURTADO,

    Defendant.
_____/

### ORDER GRANTING MOTION TO CONSOLIDATE CASES

**GOOD CAUSE** appearing that a transfer of this Cause is appropriate because of the lower-numbered Case No. **11-20478-CR-COOKE,** and subject to the consent of the Honorable Marcia G. Cooke, it is

**ADJUDGED** that the above numbered Cause is transferred to the calendar of Judge Marcia Cooke for all further proceedings.

DONE AND ORDERED in Chambers at Miami, Florida, this 21 day of February, 2014.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

After reviewing the Court file in the above numbered Cause, the undersigned accepts the transfer of this case. Therefore, it is

**ADJUDGED** that all pleadings filed after this date shall bear the following case number, **14-20075-CR-COOKE**, indicating the Judge to whom all pleadings should be routed.

THE FOREGOING transfer is accepted this 7th day of March 2014.

DONE AND ORDERED in Chambers at Miami, Florida, this 7th day of March 2014.

MARCIA G. COOKE
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Garber
All Counsel of Record